UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FSC FRANCHISE CO, LLC, a
Delaware Limited Liability Company, and
BEEF 'O' BRADY'S MARKETING AND
DEVELOPMENT FUND, INC., a Florida
Corporation,

        Plaintiffs

vs.                                                              Case No.:  8:07-CV-01680 T17-EAJ

MAX BUMBALOUGH, an individual,
JAMIE M. BUMBALOUGH, an individual, and
BUMBALOUGH HOLDINGS, LLC,
an Indiana Limited Liability Company,

        Defendants.
_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

This matter having come on for consideration by the Court and the parties having

stipulated to the entry of the foregoing Final Judgment and Permanent Injunction, and the Court

being advised fully in the premises, it is therefore:

**ORDERED and ADJUDGED** that beginning on December 16, 2007, Defendants, Max

Bumbalough, Jamie M. Bumbalough and Bumbalough Holdings, LLC, jointly and severally, are

hereby enjoined from operating Max's Grill and Family Clubhouse, located at 3780 W. Jonathan

Moore Pike, Columbus, Indiana 47201 as any bar, sports pub or food service facility which

features menu items and services similar to any of the menu items offered by a Family Sports

Pub, including any restaurant and catering services that offers chicken wings, beef, hamburgers,

chicken, or sandwiches;

**FURTHER ORDERED and ADJUDGED** that Bumbalough Holdings. LLC. Max Bumbalough and Jamie M. Bumbalough, jointly and severally, are hereby enjoined for a period of two (2) years beginning December 16, 2007, from having any direct or indirect interest as a beneficial owner, investor, partner, director, officer, employee, consultant, member, manager, representative, agent or in any other capacity in any business or facility owning, operating or managing, or granting franchises or licenses to others to do so, any bar, sports pub or food service facility which features menu items and services similar to any of the menu items offered by a Family Sports Pub[1], including any restaurant or catering services that offers chicken wings, beef, hamburgers, chicken, or sandwiches operating at or within three (3) miles of 3780 W. Jonathan Moore Pike, Columbus, Indiana 47201("Protected Territory"); or within fifteen (15) miles of the Protected Territory; or within fifteen (15) miles of any Family Sports Pub in operation or under construction;

**FURTHER ORDERED and ADJUDGED** that Bumbalough Holdings, LLC, Max Bumbalough and Jamie M. Bumbalough, jointly and severally, are hereby enjoined to immediately cease using any confidential information of FSC Franchise Co., LLC ("FSC") and shall immediately cease using any mark, any colorable imitation of a mark or the indicia of a Family Sports Pub in any manner or for any purpose or utilize for any purpose any trade name, trade or service mark or other commercial symbol that indicates or suggests a connection or association with FSC;

**FURTHER ORDERED and ADJUDGED** that Bumbalough Holdings, LLC, Max Bumbalough and Jamie M. Bumbalough, jointly and severally, are hereby enjoined to deliver and return to FSC within ten (10) days, marketing materials, forms or other materials containing

---

[1] Family Sports Pub refers to a restaurant operated pursuant to a franchise agreement with FSC Franchise Co., LLC or its predecessor, Family Sports Concepts, Inc.

any mark or otherwise identifying or relating to a Family Sports Pub and all confidential information of FSC, including, without limitation, operations manuals and materials;

**FURTHER ORDERED and ADJUDGED** that Judgment is hereby entered in favor of FSC and against Bumbalough Holdings, LLC, Max Bumbalough and Jamie M. Bumbalough, jointly and severally, in the amount of $7,541.43, for all of which execution shall issue immediately.

**FURTHER ORDERED AND ADJUDGED** that all parties shall bear their own attorneys' fees and costs.

DONE and ORDERED in Chambers in Tampa, Hillsborough County, Florida, this 15th day of November, 2007.

ELIZABETH A. KOVACHEVICH
U.S. District Court Judge

**Copies to:**

Darryl R. Richards
Brian T McElfatrick
Scott C. Andrews

114465v2
File No. 114134/mlr